IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUDY ALDAY,

    Plaintiff,

v.        CASE NO.: 5:08cv217-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

THIS CAUSE comes before the Court on Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act. Doc. 19. Defendant filed a response (doc. 20) advising that it does not object to the requested award. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (doc. 25) is granted.

2.    The Commissioner is directed to pay Plaintiff $2,343.75, which are

reasonable fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DONE AND ORDERED this 6th day of August, 2009.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge